**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6152**

FREDRICK STINSON,

                Plaintiff - Appellant,

        v.

MICHAEL ALLEN, Circuit Court Judge; LARRY STEVEN HOGAN,
Deputy Commonwealth Attorney,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leonie M. Brinkema,
District Judge. (1:11-cv-01364-LMB-JFA)

Submitted:  May 31, 2012            Decided:  June 6, 2012

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Fredrick Stinson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fredrick Stinson appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) civil rights action. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Stinson's informal brief does not challenge the basis for the district court's disposition, Stinson has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED